# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  JOSEPH E URSINI )  Case No. 21 B 13197
 )
 )  Chapter 13
Debtor(s) )
 )  Judge: CAROL A DOYLE

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s) for the following:

The plan fails to provide a required pool to allowed general unsecured claims as required by the liquidation analysis of 11 U.S.C. § 1325(a)(4). Proposed pool = 4.402%. Required pool = 13%.

Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1).

Debtor has failed to commence timely plan payments in accordance with 11 U.S.C. §§ 1325(a)(1) and (a)(6), and 1326(a)(1).

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: December 23, 2021    /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JOSEPH E URSINI | ) | Case No. 21 B 13197 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

## CERTIFICATE OF SERVICE

I, Kenisha LeSure, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

LEE RATLIFF & ASSOCIATES LLC                           (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                             (via CM/ECF)
United States Trustee

JOSEPH E URSINI                                                     (via U.S. Postal Service)
2300 N HARLEM #802
ELMWOOD PARK, IL 60707
*Debtor(s)*

Dated: December 23, 2021                                      /s/ Kenisha LeSure
                                                                                  _____

                                                                                  Kenisha LeSure
                                                                                  Office of the Chapter 13 Trustee
                                                                                  55 E. Monroe St., Suite 3850
                                                                                  Chicago, IL 60603
                                                                                  (312) 294-5900